UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC-SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC#:                                │
│ DATE FILED: 4-15-20                  │
└─────────────────────────────────────┘
```

CEDRIC BISHOP *for himself and on behalf of all other persons similarly situated*,

                                    Plaintiff,

                    v.

SYNDICATED BAR & THEATER LLC,

                                    Defendant.

20-CV-334 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on January 14, 2020.  On January 21, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service.  According to the affidavit of service filed on the docket, Defendant was served on January 28, 2020.  To date, however, the Court has not received the parties' joint later.  No later than April 22, 2020, the parties shall file a joint letter updating the Court as to the status of this case and addressing the issues in the Court's January 21st Order.

    Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 15, 2020
          New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge