UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP *for himself and on behalf of all other persons similarly situated*,

    Plaintiff,

v.

SYNDICATED BAR & THEATER LLC,

    Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-5-20

20-CV-334 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on January 14, 2020. On January 21, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service. According to the affidavit of service filed on the docket, Defendant was served on January 28, 2020. Having not received the parties' joint letter by April 15, 2020, the Court ordered the parties to jointly file a letter, no later than April 22, 2020, updating the Court as to the status of the case and addressing the issues in the January 21st Order. *See* Dkt. 7. To date, however, the parties have not do so. No later than May 11, 2020, the parties shall file the joint letter. As Defendant has not yet appeared in this action, if Plaintiff fails to file the joint status letter by May 11th, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    May 5, 2020
           New York, New York

RONNIE ABRAMS
United States District Judge