UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP *for himself and on behalf of all other persons similarly situated*,

                Plaintiff,

      v.

SYNDICATED BAR & THEATER LLC,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-26-20

20-CV-334 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on January 14, 2020.  On January 21, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service.  According to the affidavit of service filed on the docket, Defendant was served on January 28, 2020.  To date, however, Defendant has not yet appeared in this action or filed a response to Plaintiff's Complaint.  Nor has the Court received the parties' joint letter, as directed in its January 21st Order.

      On April 15, 2020, having not received the parties' joint letter, the Court ordered the parties to file a letter, no later than April 22, 2020, updating it as to the status of the case and addressing the issues in the January 21st Order.  *See* Dkt. 7.  The parties failed to do so.  On May 5, 2020, the Court again ordered the parties to file their joint letter, and to do so no later than May 11, 2020.  *See* Dkt. 8.  The Court also advised Plaintiff that if he failed to file a status letter by May 11th, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See id.*  As of today's date, Plaintiff has not filed a status letter or otherwise indicated any intent to proceed with this action.  **If Plaintiff fails to file a status**

**letter by June 2, 2020, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b)**.

      Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    May 26, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge