UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP *for himself and on behalf of all other persons similarly situated*,<br><br>                              Plaintiff,<br>v.<br><br>SYNDICATED BAR & THEATER LLC,<br><br>                              Defendant. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-3-20<br><br>20-CV-334 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days. Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

Plaintiff shall provide a copy of this Order to Defendant and file proof of service on the docket.

SO ORDERED.

Dated:   June 3, 2020
         New York, New York

                                                 _____
                                                 RONNIE ABRAMS
                                                 United States District Judge